# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

LEMMIE WILSON, JR.,

    Plaintiff,

vs.                                               4:06-CV-481-SPM

MADISON PACKING ACQUISITION
SUB, INC.,

    Defendant.

_____/

## ORDER DISMISSING CASE

**THE COURT** has been informed by Plaintiff's counsel that the parties to this case have settled all issues to their satisfaction. Pursuant to Northern District of Florida Local Rule 16.2(D), it is hereby

**ORDERED AND ADJUDGED** that this case is *dismissed* and all pending motions are denied as moot. The Court retains jurisdiction for a period of sixty days during which time any party may move to reopen the case for good cause shown.

**DONE AND ORDERED** this <u>seventh</u> day of May, 2007.

                                  *s/ Stephan P. Mickle*

                                  Stephan P. Mickle
                                  United States District Judge